H82AABELS                    Sentence

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,

4           v.                            15 CR 537 (VEC)

5  WENDELL BELLE,

6              Defendant.

7  ------------------------------x

8                                      New York, N.Y.
                                       August 2, 2017
9                                      3:00 p.m.

10

   Before:
11
                       HON. VALERIE E. CAPRONI,
12
                                       District Judge
13

14                        APPEARANCES

15 JOON H. KIM
        Acting United States Attorney for the
16      Southern District of New York
   SAMSON ENZER
17      Assistant United States Attorney

18 JEFFREY G. PITTEL
        Attorney for Defendant Belle
19

20

21

22

23

24

25

                SOUTHERN DISTRICT REPORTERS, P.C.
                       (212) 805-0300

H82AABELS                    Sentence

```
 1              (Case called)
 2              MR. ENZER:  Good afternoon, your Honor.
 3              Samson Enzer, for the government.  With me at counsel
 4    table is Detective Javed Tepperman and Detective Jason
 5    Hernandez, of the New York City Police Department
 6              THE COURT:  Good afternoon.
 7              MR. PITTELL:  Jeffrey Pittell, appearing with
 8    Mr. Belle.
 9              THE COURT:  Good afternoon, Mr. Pittell.
10              Good afternoon, Mr. Belle.
11              THE DEFENDANT:  Good afternoon.
12              THE COURT:  All right.  Mr. Belle or Mr. Enzer, can
13    you do me a favor and move the screen that's on the defendant's
14    table over.
15              OK.  Mr. Pittell, have you and your client read the
16    presentence report dated July 25, 2017?
17              MR. PITTELL:  Yes, we have.
18              THE COURT:  Have you discussed it with each other?
19              MR. PITTELL:  Yes, we have.
20              Mr. Belle, did you read the presentence report?
21              THE DEFENDANT:  Yes, ma'am.
22              THE COURT:  Did you discuss it with your attorney?
23              THE DEFENDANT:  Yes, ma'am.
24              THE COURT:  Are there any objections to the report?
25              MR. PITTELL:  No.
```

H82AABELS                     Sentence

1           MR. ENZER:  No.

2           THE COURT:  The presentence report will be made part

3    of the record in this matter and placed under seal.  If an

4    appeal is taken, counsel on appeal may have access to the

5    sealed report without further application to this Court.

6           I've received a sentencing submission from the defense

7    dated July 26, 2017, that included a report dated October 21,

8    2016, from Melissa Lang who is a mitigation specialist.

9           I received a letter from the government dated July 27,

10   2017, as well as a submission dated January 5, 20167, that laid

11   out government's view of the relative culpability of the

12   defendants in this case.  That submission placed Mr. Belle in

13   the top tier of culpability in view of the government.

14          I'd previously received in connection with the

15   sentencing of Mr. Bracey the autopsy report and crime scene

16   pictures of Mr. Lora.  I also received today a Victim Impact

17   Statement from Mr.  Laura's sister and additional information

18   regarding infractions at the MDC and I had sent the parties

19   yesterday information I had received from probation regarding

20   Mr. Belle's institutional disciplinary history.

21          Just want to make sure all that was filed with ECF.

22          Mr. Enzer, yours are?

23          MR. ENZER:  Yes, your Honor.

24          THE COURT:  Mr. Pittell, did you file your submissions

25   on ECF?

H82AABELS                    Sentence

1          MR. PITTELL:  Yes, I did.  Well, except for the

2     attached report.

3          THE COURT:  OK.  So the attached report should be

4     filed though it can be redacted.

5          MR. PITTELL:  OK.  I'll do that.  It just seemed at

6     least at first blush I just filed my letter because I knew that

7     signature portions of the report would have to be redacted, so

8     that's sent to chambers obviously giving the government a full

9     copy.

10          THE COURT:  Did you file it under seal?

11          MR. PITTELL:  The letter's not filed under seal.

12          THE COURT:  No.  The attachment.

13          MR. PITTELL:  No.  Can I file the attachment under

14     seal?

15          THE COURT:  No.  Did you?

16          MR. PITTELL:  No.

17          THE COURT:  OK.  What I'd like you to do is propose

18     redactions to it.  There clearly is material in there that

19     should be redacted from the public record.  But the entire

20     thing needs to be filed under seal and the redacted version

21     needs to be filed on the public record.  OK?  So, I'll give you

22     a couple of weeks to get that done.

23          MR. PITTELL:  Thank you.

24          THE COURT:  OK.  The next step is the guidelines

25     calculation.  In this case it's pretty straightforward.  The

H82AABELS                        Sentence

defendant pled guilty to two weapons counts.  The guidelines

for the weapons counts are the mandatory minimum.

          Count One which was using and carrying a gun in

connection with a RICO conspiracy carries a mandatory minimum

of five years imprisonment that must be consecutive to any

other term of imprisonment.

          Count Two which was using carrying and discharging a

firearm in connection with an attempted murder of a rival gang

member carries a mandatory minimum of 25 years which again must

be consecutive to any other term of imprisonment.

          So as discussed at the time of Mr. Belle's plea he

must be sentenced to at least 30 years which must be

consecutive to the sentence that he is currently serving.  The

maximum sentence is any term of years or life.

          The defendant's argument, Mr. Pittell's argument

seeking credit for time already served on the Bronx sentence.

I disagree with the defendant's argument concerning guideline

5G1.3B1 and I find that Rivers is not applicable to this case

because congress has mandated that the gun counts be

consecutive to all other sentences.

          So even if the crime that he was convicted for in the

Bronx had been charged and he had been convicted in federal

court, these sentences, the sentences for the gun count would

have to run consecutive to that.  And I can't imagine any

reason why that result should be different because it's a state

1    sentence instead of a federal sentence.

2              That brings to us Mr. Belle's criminal history.

3              Mr. Belle began his criminal history early.  In

4    June 2007 he had a juvenile adjudication for murder.  He

5    received five years in a juvenile facility.  That gives him two

6    criminal history points.  In October of 2011 he was convicted

7    of criminal possession of a weapon.  That's also two criminal

8    history points.  Then in June 2015 he was convicted of

9    attempted murder and his sentence is nine years.

10             My question is, is that a flat nine years or is that

11   nine to something?

12             MR. BELLE:  It's a flat nine.

13             THE COURT:  Just a flat nine, OK.

14             That's three criminal history points.  That brings a

15   total of seven criminal history points.  Seven criminal history

16   points puts Mr. Belle in criminal history category four.

17             Are there any guidelines arguments that I have not

18   addressed?

19             MR. ENZER:  Not from the government.

20             MR. PITTELL:  No, none from us.

21             THE COURT:  I don't see any basis for a downward

22   departure under the guidelines.  On the other hand, there are

23   grounds for an upward departure or an upward variance.

24             The circumstances of the murder of Mr. Laura are in my

25   view outside the heartland of murders.  Moreover, Mr. Belle's

H82AABELS                    Sentence

1    very substantial criminal history which is not accounted for in

2    the guidelines because of how the guidelines treats 924(C)

3    count might argue for a sentence above the mandatory minimum.

4            Are there any factual issues in this case that are in

5    dispute?

6            MR. PITTELL:  None from us.

7            MR. ENZER:  None from the government.

8            THE COURT:  OK.  Are there any victims that want to be

9    heard beyond the Victim Impact Statement that I received?

10           MR. ENZER:  No, your Honor.

11           THE COURT:  All right.  Mr. Enzer, would you like to

12   be heard?

13           MR. ENZER:  Yes, please, your Honor.

14           Thank you.

15           The most serious crime of the many, many crimes that

16   Wendell Belle committed is the murder of Moises Lora which the

17   Court is familiar with.  By the time of the murder, Belle was a

18   high ranking member of the YGz gang, a gang that wreaked havoc

19   and destruction throughout multiple communities in the Bronx

20   and throughout New York City.  He was a man of statue in the

21   gang.  And he got into an argument with other YG gang buddies

22   of his while they were drinking, an argument about who had done

23   the most work for the gang, who had put in the most violence.

24   And as your Honor heard at the Fatico hearing for Belle's

25   co-defendant, Bracey, the person who decided, let's settle this

1    dispute by going to Courtlandt was Wendell Belle, this

2    defendant.

3          At his decision, his urging, his goading, the others

4    went with him and they went together to Courtlandt to the

5    Melrose Houses on Morris Avenue.  They saw Noah, Moises Lora, a

6    16-year-old, frail, 90 pound member of a rival gang, along with

7    Noah's associate, Hoa.  And in a formation like a military

8    team, went through the grass, approached Noah and Polo,

9    attacked them.  Polo got away.  And the group of YGz surrounded

10   Noah.  Noah tried to run away.  He fell onto the concrete as

11   your Honor heard at the hearing.  And this group of YG members

12   punched, kicked, stomped on Noah while he was on the pavement

13   defenseless.

14         And as your Honor heard from the evidence at the

15   hearing and in our submission and it's undisputed, one of the

16   main protagonists in that attack was Belle.  Belle was one of

17   the YG members, not just kicking Noah in the leg or on the side

18   or not just looking out, he was jumping up and down on Laura's

19   head.  He was stomping him in the head.

20         And from the autopsy report it is clear, Noah's skull

21   was crushed in multiple places to the point where his brain

22   hemorrhaged and blood poured out of his body onto the concrete

23   onto Belle's sneakers.  So much blood that a pool of what was

24   left of Noah was left on that pavement even after the police

25   had tried to clean it up, yards from a playground in a

courtyard in a housing project where people are supposed to

live and carry out their everyday lives and let their children

play in the play ground.  There was the pool of blood, some of

it still on Belle's shoes when he walked over with his gang

buddies to another area where the YGz hang out, Mott Haven, and

proceeded to brag about what he had just done, bragging that

landed him here in federal court.  He mouthed off about what he

had done.  And in multiple subsequent conversations,

conversations before he was in custody, conversations after he

was in federal custody, he made clear to anyone who would

listen, everyone else, you didn't really kill Noah.  I'm the

one who killed Noah.  I'm the one who was jumping up on his

head.  He wanted that credit.  For him this was a mark of honor

what he did to that 16-year-old, 90 pound, pathetic, puny

rival.  For that alone if this Court sentenced him to life, it

would not be unjust.

And that is not even close.  It's the tip of the

iceberg for Belle.  Even before he got involved in this murder,

at the age of 13 he killed somebody.  He killed another

teenager and he did a five year reformatory term for that.

That should have been the ultimate wake-up call that he needed

to get his life together.  He was given a second chance.  Five

years for killing somebody is a significant break.  Understood

he was 13 but five years for taking the life of a another who

lost his entire life, his teen-age years, his adult years, his

H82AABELS                     Sentence

1    elder years, it was a gift for him and he should have

2    straightened up after that but he didn't.

3           Moments after getting out of jail, just a few weeks,

4    maybe a month he is in the YGz gang.  He's eager to prove

5    himself and he very quickly rose to become a leader of multiple

6    sects, Gucci Guns, the two GGs, River Park Towers, RPT and also

7    had status in the 163rd YGz that were part of this Laura

8    murder.

9           One of the first major acts that he committed which is

10   long before the murder of Noah, he lures a bunch of Courtlandt

11   guys to 163 Street for what is supposed to be a fight.  The YGz

12   don't trust the Courtlandt, so they bring guns.  The Courtlandt

13   doesn't trust the YGz so they bring guns and a shootout ensues

14   a block from a middle school in which three people get shot,

15   Philipe Blanding, "Hump", a member of the rival gang, William

16   Bracey, somebody in the gang who was closely associated with

17   Belle and another member of the 163rd YGz.

18          Then we have the murder of Dykeem Etheridge which your

19   Honor is familiar with.  It starts out as a bunch of YGz

20   mobbing into rival Courtlandt territory.  There's a robbery and

21   assault in a bodega and then everyone leaves that bodega and

22   goes a block south.  And walking out of a store is Dykeem

23   Etheridge who by the way, is a member of the YGz but he looked

24   like he was a Courtlandt guy because he lives in the Courtlandt

25   neighborhood.  It was winter.  His face was covered.  He was

1    wearing a winter hat.

2            Who was the first to punch him?  Wendell Belle.

3    Wendell Belle punched him.  And as a result everyone else

4    surrounded and started attacking Dykeem and when Dykeem tried

5    to run away Kareeem Lanier shot and killed him.  Dykeem would

6    be alive today if Wendell Belle had not done that.  He is not

7    legally charged with murder for that but he was instrumental in

8    the series of events that caused Dykeem's death.  And it's

9    another example of a time where he is not just a follower, not

10   a hanger-on, not a look-out.  He is a protagonist.

11           After that you have a robbery of a drug dealer that he

12   parts in and you have him trying to shoot with a fellow member

13   of the gang at Courtlandt but the gun jams.  Then you have the

14   Laura murder.

15           Now for a regular person crushing someone else's skull

16   to the point where they bleed to death might cause you to pause

17   and stop what you're doing in the street.  But not for Belle.

18   After that he proceeds with enthusiasm to participate in a

19   planned shooting directed at Courtlandt.  He teams up with

20   another gang, Murda Moore Gangstas, the MMG gang.  They meet in

21   an apartment.  This is on November 16, 2013.  They're drinking

22   and planning how they're going to go over to the rival

23   territory to shoot.  He wants to shoot but they're not going to

24   let him.  They'll just let him hold the gun.  And he brags

25   about what he has done to Noah.  Do you know who I am?  I'm the

1    one who killed Noah.  And he holds the gun while somebody else

2    holds the cartridge.  They do that so if the police stops them

3    they think they'll get a lower charge for that in the Bronx.

4    Then they put the gun together and somebody else shoots and a

5    bystander is hit.

6         About a week after that on November 26, 2013, Belle

7    seizes the opportunity to shoot another Courtlandt guy.  Where?

8    Steps from the Bronx criminal courthouse.  A rival is spotted

9    near the Bronx criminal courthouse.  This is a frequent place

10   where members of various gangs go and they're frequently

11   unarmed when they go there.  Because if they're going to go to

12   court they have to check or not bring any weapons.  They don't

13   want to get caught.

14        So here's a car.  It's got a bunch of rivals.  It's

15   being driven by a Courtlandt associate.  And according to

16   witnesses, Belle when the car was stopped a light, walked up to

17   the passenger side window.  Tap, tap, tap with a gun, pointed

18   the gun directly in and fired and he hit the driver.  The

19   vehicle spun out you control, hit other cars.  And we're told

20   one of the cars that was hit had a state judge.

21        He's been in custody since then, either in state or

22   federal as a result of this case.  And his conduct didn't stop.

23   It's nothing not like he went to jail and suddenly was no

24   longer a danger to himself and others.  Very shortly after

25   being writ-ted into federal custody, him, William Bracey and

1    Davaughan Brooks, three YG members concerned that Nathaniel

2    Flood a member of the rival gang would attack them -- why would

3    he attack them?  Because Belle and Bracey had killed Laura.

4    They planed, they plotted and they attacked Flood.  They

5    attacked him with whatever they could grab and hit flood.  And

6    Belle ended up in the SHU for that.  That was his first stint

7    in the SHU since he was arrested and taken into federal custody

8    in this case.

9            THE COURT:  Is that the March 8 incident?

10           MR. ENZER:  I think it was February 2016.

11           MR. PITTELL:  The March 8 I think is the date of

12   adjudication.

13           THE COURT:  OK.

14           MR. ENZER:  And since then he's had a series of

15   variety of disciplinary infractions culminating most recently

16   in the infraction report that I submitted with the submission

17   that I filed today on July 22.  Knowing that he is about to get

18   sentenced for a murder, Belle through a slot in his cell threw

19   a milk carton filled with an unknown liquid substance at a

20   guard.  What is that substance?  It's believed to be either

21   urine or feces, some combination, some part of it.  And he is

22   not the only inmate who does that but he is one of them.

23           He has done something nothing to show remorse.  In

24   fact after his plea in this case he tried to take his plea

25   back.  When he tried to take his plea back his initial

1   statement to the Court was oh, I actually didn't do the crime.

2   Then he decided you know what, It's in my interest.  I'll

3   withdraw my motion to withdraw my plea.  He's done nothing to

4   show that he's been chastised by any of his conduct, by any of

5   the consequences it caused or by the consequences for him of

6   being incarcerated for a very significant period of time.

7          He is a gang banger to the core, someone with no

8   regard for the lives of others, no regard for the consequences

9   of his actions, and those consequences are severe.  Just one of

10  the victims, Jessica Laura, has submitted an impact statement

11  that the government filed.  Jessica Laura is the older sister

12  of Moises Laura.  She is a citizen.  She works and she was like

13  a mother to young Moises.  And what she writes is that -- I'll

14  read what she said because it's far more powerful than anything

15  I could say.

16         Moises Alexis Lora was a very, very smart being.  Ever

17  since he was just a little kid he was the brightest of them

18  all.  He had a Napoleon complex due to this stature and height.

19  He was always the smallest kid in his class and was a very

20  loveable kid.  His teachers in PS1 always praised him for being

21  a great student.  His handwriting skills at the age of five

22  were phenomenal, neat, eligible and never had to be on top of

23  him to complete his homework.  He had so much ambition.  He

24  played softball, basketball.  You name it, he was on a team.

25  He told me one day, Jay, I want to go to UCLA when I finished

school and I went to buy mommy a house and get you a car.  He
was such a giving person.

        Always did what he was told.  You could always -- you
couldn't on him, very obedient and man, he was stubborn.
Moises was like a son.  I took him every where with me, to work
when I was braiding hair at a barbershop, shopping and also to
hangout with friends.  Writing this is not easy for me without
me tearing up.

        I did everything that a big sister would do to make
sure my little one stayed out of trouble.  I always gave him
everything a big sister would do to make sure my little one
stayed out of trouble.  I always gave him advice about life,
things that could aid him in choice, making and always be
thankful.

        As his only sister from my mother's side, he adored me
like no other.  He was special.  He was like a son to me and I
wish I could turn the hands back in time and have him here with
me.  I never in a million years would have thought I would be
writing a letter like this.  Never did I imagine that he would
be taken from us and in that kind of brutal unnatural way.
Things will never be the same.  His presence is missed dearly.

        My heart is heavy and my eyes are full of tears.  I
speak on behalf of my mom.  No mother should ever have to go
through losing a child.  A child should be the one burying his
mother, not his mother burying her child, not losing here child

 1  due to another human taking it from him.  That's not the way.

 2  Never should be the way.

 3          I'm ending this letter now and I leave it up to you,

 4  judge.  You make that final decision on how the persons that

 5  committed this heinous ungodly crime deal with what they

 6  committed.  For the serious of this offense, a very substantial

 7  sentence is warranted.  To do justice for what Belle has done,

 8  a very substantial sentence is warranted to the deter him and

 9  incapacitate him.  Until he is old enough to never hurt anyone

10  again, a substantial Sterns is warranted.

11          We, the government have asked for a sentence of the

12  mandatory minimum, thirty years consecutive to the nine years

13  that Belle has in the state for the state case arising out of

14  the attempted murder.

15          Your Honor has already ruled on the 5G1 issue but I'll

16  just say, the government never would have agreed to this plea

17  agreement if there was any way that this 30 years would in part

18  be concurrent to that nine-year sentence.  We view this as the

19  absolute minimum that this defendant should have to do.

20          For those reasons, your Honor, we rest on our

21  submission.

22          THE COURT:  Thank you.

23          Mr. Pittell.

24          MR. PITTELL:  Judge, I agree with the government in

25  the sense that a substantial sentence is appropriate and a

1    substantial sentence is going to be imposed.  A sentence,

2    effectively, 39 years is going to be imposed.  Mr. Belle gets

3    out of jail he's going to be in his mid to late 50s.

4              Regarding the history that Mr. Enzer has recited, I am

5    not going to sit here and nitpick incidents which may or may

6    not be a hundred percent accurate.  We acknowledge that he has

7    engaged in horrific crimes.  It's in the PSR.  It's in the

8    government's submission.  It was in the Fatico hearing before

9    your Honor.  It's in the other prior submissions.  It's well

10   documented and there's no excuse.  There's no explanation for

11   it.  I've submitted a mitigation report.  That doesn't defend

12   it.  That doesn't justify it.  It only gives an illustration a

13   description of the world that he came into.  And while they are

14   people that are born into the world that rise above it and go

15   on to do great things, sadly that's not the case for everybody.

16             Regarding what you had mentioned in, referenced in

17   your order, I discussed some of those incidents with Mr. Belle.

18   The first incident is the incident with Flood which is

19   referenced in the government's submission and I trust your

20   Honor is aware of it --

21             THE COURT:  Absolutely.

22             MR. PITTELL:  -- from our proceedings.  I don't want

23   it to sound like I'm blaming the Bureau of Prisons.  But when

24   they are two viable gangs that have engaged in serious violence

25   upon each other and actually killed each other, it can't be

H82AABELS                    Sentence

surprising that incidents like this are going to happen when
they're both put in the same unit in a jail cell.

          Regarding the second incident, that's exactly what
happened.  That occurred the day that Mr. Belle -- well,
actually going back to the first incident he was placed in the
SHU, Special Housing Unit, where he was held more or less in
isolation for 90 days.  The day he's released he's put back
into general population into the same unit as one of Flood's
co-defendants in the case, somebody who was a member of CAC.
It's not surprising that the moment he hits the unit that the
two of them are going to go at it, go at each other, get in a
fight, and that's exactly what happened.  And they both ended
up in the SHU.

          Regarding the other fighting incident, I've discussed
those with Mr. Belle.  He's acknowledged that he was involved
in fights.  They were verbal altercations that became physical,
that nobody was hurt.  Both him and the other person that was
involved were both sent to the SHU.  He had disciplinary
hearings.  He accepted responsibility.  He pleaded guilty to
those, accepted his punishment and moved on.

          In my submission I was not involved in the plea
negotiations of this case, so it's hard for me to advocate.
What I was seeking is appropriate punishment.  I came in.
Prior counsel had negotiated with the government in good faith
that a 30-year sentence consecutive to his Bronx sentence was

1    going to be the sentence.  That is the government's

2    recommendation.  That's probation's recommendation.

3            I really referenced the issue about crediting the good

4    time in my submissions because when I came in it was in

5    relation to the motion to withdraw the plea and Mr. Belle

6    initially was under the impression that he would get some kind

7    of credit for it.  I had looked into the issue.  It became

8    pretty clear to me that the sentence has to be imposed

9    consecutive to the state case, as the Supreme Court said so.

10           What was not so clear is whether or not Rivers which

11   on mandatory minimum cases other than 924(C) allows sentences

12   that are actually less than the mandatory minimum because it's

13   not really a sentence.  It's giving a credit.  So I brought the

14   issue to the Court's attention.

15           But I think, your Honor, having presided over

16   sentences, you are well aware of the facts in this case and I

17   submit that the jointly recommended sentence by the government,

18   by probation and by us is an appropriate sentence in that it

19   will specifically and generally determine Mr. Belle and keep

20   him incarcerated in what will be a highly secure facility at

21   least until he is in his, I estimate, late to mid 50s.

22           THE COURT:  Thank you, Mr. Pittell.

23           Mr. Belle, would you like to be heard?

24           THE DEFENDANT:  Yes, ma'am.

25           MR. PITTELL:  He has a written statement, your Honor,

1    that he would leak to read.

2            THE COURT:  That's fine.

3            THE DEFENDANT:  Just stand up?

4            THE COURT:  However you're most comfortable.  If you

5    are going to read something though, please read it very slowly

6    so the court reporter can get it down.

7            THE DEFENDANT:  Dear Judge Caproni, I would like to

8    let you know that I accept all responsibility for my actions.

9    I also understand that the things that I've done were wrong and

10   I know I can't take them back but I would take this time and

11   better myself in every aspect and form.

12           Also, I would take this time to realize the values of

13   life so I can make it home to my son who is five years old now.

14   And by the time I am released he will be a grown man probably

15   with children and explain to them what I've been through, how I

16   started off on the wrong foot and ended up in a bad situation

17   I've caused and took the time and realized I've done stupid

18   things I'm not proud of.

19           But I am glad to be here to talk and show about me

20   bettering myself, choosing the right path to change to be a

21   positive role model for those who are slipping down the same

22   road I went through.

23           Also for the record, I wish I would have took all of

24   this energy of doing the wrong things and used it to do the

25   right things for my community to be a better place instead of

 1   being a terror in my community.  But I have no time to feel bad

 2   for myself.  So I'm here as a grown man accepting full

 3   responsibility for my actions.

 4           With that being said, I would like to apologize to my

 5   mother and my family and my community.

 6           And I also wrote a part for the Laura family.

 7           Also, I would really like to apologize to Mr. Laura's

 8   family for causing so much grief, pain and tears.  I know what

 9   it feels like to lose someone you love dearly and I experienced

10   that this February with my grandmother.  So I'm ashamed of

11   myself for what I have done.  And I know it is nothing I can

12   say are do to comfort your hearts but I would like for all of

13   you to understand from the bottom of my heart with my deepest

14   apologies I'm sorry for what I've caused.  I wake up every day

15   wishing I could go back and take what I've done back.  So

16   please don't look at me as a monster who doesn't care about

17   life.  But I stand here accepting my punishment like a man.  I

18   am hoping one day you will forgive me for what I've done.

19           So again, I would like to apologize to Mr. Laura's

20   mother, brother and sisters.

21           And thank you for listening to what I had get off my

22   chest.

23           THE COURT:  OK.  Mr. Belle, I'm required by federal

24   law to consider the nature and circumstances of the offense and

25   the history and characteristics of the defendant.  In terms of

1  you, this defendant, I've considered your history and

2  characteristics.  You were dealt a very difficult hand from the

3  time you were born.  You were born into a dysfunctional

4  environment.  Both of your parents had drug problems.  Most of

5  your life your father has been in jail.  Your stepfather was

6  violent and there was domestic violence in the home.

7          New York public schools failed you.  It is clear from

8  an early age that you needed additional attention in school

9  which you did not get.  You were expelled from one school for

10  reasons that do not make very much sense but reflect a zero

11  tolerance approach that makes very little sense when you are

12  dealing with small children.

13          While the New York City schools failed you, your

14  parents did not make school the priority that they should have

15  made it.  You were absent and late from school a ridiculous

16  amount of time during a period of time when you should have

17  been learning to read and do arithmetic.  It's very difficult

18  to do well in school if you are not in school.  You probably

19  have untreated ADHD and you may have untreated depression.

20  Given your chaotic childhood, it's a frankly not all that

21  surprising that you ended up with antisocial tendencies.

22          On the other hand, I will say that your mother has

23  been your constant supporter.  While she might not have

24  intervened with the schooling as early as she could have, she

25  did intervened with the school to try to get you additional

1    help.  Based on mitigation reports she was a very consistent

2    supporter of you when you were in a juvenile facility.  She

3    participated in therapy sessions and clearly wants the best for

4    you.

5              Accepting the mitigation report, it appears that there

6    was reason for optimism that when you were released from the

7    juvenile facility you had learned skills that should have been

8    positive and were positive social skills.  Regrettably,

9    follow-up on care and treatment was not forthcoming or you

10   didn't take advantage of what was available.  One way or the

11   other, you quickly reverted to the streets and to violent

12   behavior.

13             You have a five-year-old child who you mentioned who

14   you will never support either financially or emotionally.  With

15   that child this is at least the second generation, if not the

16   their generation, of Belle men who will not be present in their

17   children's lives when they need them.

18             Taking into account that evaluation of you, federal

19   law requires me no impose a sentence that is reasonable and not

20   greater than necessary to accomplish the goals of sentencing.

21   I've considered all of the factors.

22             The first is the seriousness of the offense.  This is

23   among the most serious of all federal offenses.  As Mr. Enzer

24   said, the YG gang which you were a high level leader of and

25   which you were a part of for years, made life absolutely

1    miserable in that area of the Bronx.  While you and your

2    buddies were shooting at each other and mobbing stores, there

3    were other residents of that community who were trying to raise

4    their children and go to work and live a decent life.  You

5    didn't care about those people.  Those people were irrelevant

6    to you.  Those people were just people who were in your way.  I

7    appreciate the notions that the gang provided a semblance of

8    family, stability in an unstable young man's life.  But the

9    murder of Laura which you participated in was depraved conduct.

10            Mr. Belle, do you know what "depraved" means?

11            THE DEFENDANT:  Yes.

12            THE COURT:  What does it mean?

13            THE DEFENDANT:  It means I didn't care whether he

14    lived or died.

15            THE COURT:  That's correct.  It was morally culpable.

16    It was perverted conduct.

17            The murder of Laura was not simply a heat of the

18    moment thing where you happened to have a gun and you got

19    carried away and shot at someone.  You and your buddies

20    intentionally went to rival territory looking for trouble to

21    show what a big man you are, what a big doer you are for a

22    bunch of thugs.  It's depraved conduct.  That would be depraved

23    conduct even if you didn't find anybody.  Just going, setting

24    out to kill another human being is depraved.

25            But that's not what happened.  You fell upon a

H82AABELS                    Sentence

90-pound boy, a 16-year-old child who could not run away from

you because his leg broke.  So he's literally lying on the

ground unable to flee and you kick him to death.  You can stare

at the desk but that's depraved.  There's just no other way of

describing.  What were you thinking?

            THE DEFENDANT:  I was intoxicated.

            THE COURT:  No, no.  That's a cop-out.  You were

intoxicated.  What were you thinking?

            THE DEFENDANT:  Truthfully, I can't even tell you

right now.

            THE COURT:  I can tell you what you were thinking.

You were thinking, I'm showing what a big man I am.  I'm

showing how I'm king of the -- I can get rid of this rival gang

member.  I can show that I'm a producer.

            And you didn't care a whit about his family or about

the innocent people in that community who saw you doing this,

who saw a dead Laura lying on the ground, who saw a pool of

blood the next day.  What does that communicate to the people

who live in that community?  What would you think now if your

five year old stumbled on that?

            I've considered the need to promote respect for the

law.  I see absolutely no respect for the law from Mr. Belle.

I'm struck by the fact that he is 24 years old and he has no

legitimate work history.  He has a child who needs financial

and emotional support and yet even that did not motivate him to

H82AABELS                    Sentence

 1    consider getting a job or cleaning up his act.

 2              Mr. Belle, by my calculation if I've done the

 3    arithmetic correctly, over a third of your life has been in

 4    jail.  And that's because you have no ability and you've

 5    demonstrated absolutely no ability to live within the rules of

 6    society.  In the year and a half that you have been in federal

 7    custody you've accrued seven different disciplinary sanctions.

 8    I appreciate what Mr. Pittell says, that it's unfortunate that

 9    we can't separate all gangs.

10              On the other hand, not every member of the YGz has

11    gotten into trouble by fighting with the CACs and not every

12    member of the CACs has gotten into trouble for fighting with

13    the YGz.  Some of them managed to figure out that at least when

14    you're in jail, that is not the time to play out this thuggish

15    behavior of I'm in one gang and you are in another gang so

16    we've got to fight with each other.

17              Mr. Belle, that's stupid.  It's just stupid behavior

18    and you are not that stupid.  So that means that it's just

19    antisocial behavior.  But you've got to demonstrate that you're

20    such a tough guy that you're willing to spend time in the SHU

21    fighting with other people.  At some point you are going to

22    grow out of this.  I don't know when and that's the challenge

23    for my sentence.  The challenge is how long do you have to stay

24    looked up in and away from society until you cease being

25    dangerous?  I've considered the need to provide just punishment

for this offense while avoiding unwarranted disparities.  I've

tried to plug your sentence in whether where it's appropriate

relative to your gang, to your gangster buddies who have also

been sentenced.

Consider the need to deter criminal conduct.

Mr. Belle, deterrence as two elements, what's called

specific deterrence and general deterrence.  Specific

deterrence means how do we deter you from engaging in future

you criminal conduct?  I am extremely concerned about your

propensity for violence.  It is worrisome that you killed

someone at 13 and then you killed another person at the age of

19.  You have been involved in significant violent conduct

including shooting at people since you were a teenager and you

have continued violent conduct in jail.

I acknowledge that teenagers and young adults do not

have particularly good judgment but there is no indication,

Mr. Belle, that your judgment is improving as you get older.

In terms of general deterrence, I think it is

important to send a message far and wide that this sort of

organized criminal conduct will not be tolerated.  I think it's

incumbent on everyone to get the word out to mothers and

fathers, sisters and brothers to tell their loved ones to stay

away from gangs because otherwise, you are going to be spending

not months but decades in jail.

Consider the need to protect the public from the

H82AABELS                    Sentence

1   defendant.

2          Mr. Belle, you fired a gun on more than one occasion

3   attempting to kill rival gang members and on one occasion for

4   no reason attacked and kicked to death a rival.

5          I appreciate the argument that long sentences can be

6   counter productive but I have to impose a sentence that is long

7   enough to give this defendant time to mature to the point,

8   maybe, where he will not be so violent and so dangerous to

9   those around him, including other innocent bystanders who could

10  be killed by his conduct.

11         If this was just a matter of making poor choices,

12  Mr. Belle it would be a different story.  But this was not a

13  poor choice.  This was a something enate in you.  It was

14  heartless to kill Noah in that way.  And that level of

15  depravity is not just a matter of growing up in a bad

16  neighborhood without positive role models.  None of that

17  helped.  But it reflects a heartlessness that leaves me

18  worrying about your ability to conform to the rules of society

19  ever.

20         Lastly, I've considered the need to provide the

21  defendant with needed educational opportunities.

22         Mr. Belle, my sentence not going to keep you in jail

23  for the rest of your life.  When you wanted to take back your

24  plea you looked at this sentence, the minimum even as really

25  the end of your life.  If you choose to make it the end of your

life, it can be.  But if you decide to behave in jail and stay

from bad influences, you will get out of jail.  Spend the time

that you are in jail learning a trade so that you can get out

and get a job.  At best, you're going in your 50s as

Mr. Pittell says.  That's a hard time of life to get a job.

It's a particularly hard time if you've got nothing to show

that you can do that is positive.  So take advantage of

whatever program the prison has.  Learn how to do something.

Get you GED if you can.  If you are smart enough, you ought to

be able to get a GED.  There's no excuse for you not having

one.

          If the Lora family were here I would tell them that if

putting Mr. Belle in jail for the rest of his life would bring

back Noah, I would do it in a heartbeat but it wouldn't.

          I've sentenced, Mr. Belle -- I'm sure you know this

because I think this information gets around the prison -- but

I've sentenced four of your colleagues for murder.  Mr. Scott

got 278 months but I would note that he didn't intend to kill

anyone.  It was a felony murder that he was convicted of and it

was committed when he was just 16.

          While appreciate the psychology studies, a 16 year old

is substantially less mature than a 19 or almost 20 year old

which is where you were for the Lora murder.

          Mr. Gilbert got 365 months.  His one murder was a

felony murder associated with a robbery.  But his criminal

H82AABELS                    Sentence

conduct occurred largely when he was in his 20s and was older. His criminal conduct was substantially less serious than yours but he was older when he committed it.

Mr. Williams killed a bystander after attempting to kill a rival gang member.  That murder was committed when he was almost 19 years old.  He had fairly limited criminal history and he received 399 months with the direction the BOP should credit him for 33 months he had served in the state custody which took him to a total of 30 years.

Mr. Bracey participated in the Lora murder but he was only 17.  He also participated in a couple of other shootings where he was lucky that no one was killed.  He was sentenced to 33 years.

Taking all that into account, as to Mr. Belle, he's serving and will serve nine years in state custody for an attempted murder that's part of the YG activity.

So I'm taking all of that into account and I'm going to sentence Mr. Belle to the custody of the Attorney General for 60 months on Count One and 324 months on Count Two.  Both of those sentences are consecutive.  The sentence on Count One is consecutive to the state sentence.  The sentence on Count Two is consecutive to the sentence on Count One.

Imposing five years of supervised release on Count One and Two concurrent.  There are mandatory conditions of supervise release, Mr. Belle.

H82AABELS                    Sentence

1              You can't commit another crime.

2              You can't illegally possess a controlled substance.

3              You can't possess a firearm or other destructive

4    device.

5              You must cooperate in the collection of DNA.

6              I'm not going to order drug testing because I am going

7    to order drug treatment.

8              There are special conditions of supervised release.

9              You have to submit your person, residence, place of

10   business, vehicle, electronic devices or other premises that

11   are under your control to search if the probation officer has a

12   reasonable belief that contraband or a violation of ever the

13   conditions of release may be found there.  Any search must be

14   conducted at a reasonable time and in a reasonable manner.

15   Failure submit to the search may be grounds for revocation.

16             The defendant must participate in an outpatient drug

17   treatment program as directed by the probation officer.  The

18   program may include testing to determine whether the defendant

19   has reverted to the use of drugs or alcohol.  The defendant

20   must contribute to the cost of services based on his ability to

21   pay or the availability of third party payments.  I'm

22   authorizing the release of available drug treatment evaluation

23   and reports including the presentence report to the substance

24   abuse provider.

25             The defendant must also participate in outpatient

H82AABELS                    Sentence

1    mental health treatment as directed by the probation officer.

2    He must continue to take any prescribed medication unless

3    otherwise instructed by the mental healthcare provider.

4           The defendant must contribute to the cost of services

5    based on his ability to pay or the availability of third party

6    payments.  I'm authorizing the release of available,

7    psychological and psychiatric evaluations and reports,

8    including the presentence report to the healthcare provider.

9           The defendant must report to the nearest probation

10   office within 72 hours of his release and will be supervised by

11   the district of residence.

12          There is no forfeiture here, right?

13          MR. ENZER:  There is no forfeiture.

14          THE COURT:  I'm not imposing a fine because there is

15   no ability to pay a fine.  I must impose a $200 special

16   assessment.

17          Are their open counts?

18          MR. ENZER:  There are and the government moves to

19   dismissed.

20          THE COURT:  Those will dismissed.

21          Do you have any requests for designation, Mr. Pittell?

22          MR. PITTELL:  Judge, we would request either MCI

23   Coleman or Allenwood.

24          THE COURT:  Coleman, C-O-L-E?

25          MR. PITTELL:  Yes, M-A-N.

1           THE COURT:  I am going to assume he is going to a

2      penitentiary and not an MCI.

3           MR. PITTELL:  Then we'll just, I believe there's

4      penitentiaries at both places.

5           THE COURT:  So, Coleman and Allenwood?

6           MR. PITTELL:  Coleman or Allenwood, Coleman, Florida

7      or Allenwood, Pennsylvania.

8           THE COURT:  OK.  I'll make that request.

9           Mr. Belle, understand all I can do is ask.  At the end

10     of the day it's up to the Bureau of Prisons to decide where you

11     are going to be designated but I'll request either Allenwood or

12     Coleman.

13          MR. PITTELL:  Just regarding that one of the special

14     conditions regarding the drug treatment, is it mandatory upon

15     his release or is it as directed by the probation department?

16          THE COURT:  The latter.  If he successfully completes

17     drug treatment in prison, it may well be a very short lived

18     drug treatment.  But my experience has been that people may do

19     well when they are in jail and they don't have access to drugs

20     and as soon as they get out and they can get access to drugs,

21     they fall back.  So I think it's in Mr. Belle's interests to

22     have someone keeping an eye on whether he has reverted to using

23     drugs or alcohol.

24          MR. PITTELL:  And also Mr. Belle's requested that I

25     order the sentencing transcript.  Is it OK if I order it

1    expedited?

2            THE COURT:  It is not.

3            Mr. Belle, you can get it in 30 days when it goes

4    free.  I'm not going to spend a penny of taxpayer dollars on

5    getting a sentencing transcript in advance unless somebody can

6    articulate a reason why that is a legitimate expenditure of my

7    tax dollars and your mother's tax dollars.  Why do you need the

8    sentencing transcript so quickly?

9            MR. PITTELL:  Well, he wanted a copy to take with him

10   when he gets transferred back into state custody.

11           THE COURT:  You can mail it to him.

12           MR. PITTELL:  I will.  But I think he'll be

13   transferred before the 30 days.  That's why I was -- my request

14   was so that he would have it in hand when he gets moved over

15   there.

16           THE COURT:  Look, I understand there is -- although,

17   with this sentence I can't imagine anybody is going to think

18   that Mr. Belle was cooperating.  But I'm not playing the game

19   of show me your sentencing transcript and I'm not going to

20   facilitate that and I'm not going to spend tax dollars on it.

21           The transcript goes free in 30 days.  You can get it

22   at that point.

23           MR. PITTELL:  OK.

24           THE COURT:  OK.  Mr. Belle, to the extent you have not

25   given up your right to appeal through the agreement you entered

H82AABELS                    Sentence

into with the government, you have the right to appeal your

sentence.  If you are unable to pay the cost of an appeal you

may apply for leave to appeal in forma pauperis.  The notice of

appeal must be filed within 14 days of the judgment of

conviction.

            Anything further, Mr. Enzer?

            MR. ENZER:  Nothing.  Thank you, your Honor.

            THE COURT:  Anything further, Mr. Pittell?

            MR. PITTELL:  Nothing from us.

            THE COURT:  All right.  Thank you, all.

                        (Adjourned)