

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 22, 2021

**BY ECF**
The Honorable Valerie E. Caproni
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *United States v. Wendell Belle*, S15 15 Cr. 537 (VEC)

Dear Judge Caproni:

    The Government writes in advance of the resentencing of defendant Wendell Belle to provide the Court with Belle's updated disciplinary history. Among other recent infractions, Belle was found guilty of threatening bodily harm and making sexual proposal/threat on January 30, 2021.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:    /s/
    Gina Castellano
    Samson Enzer
    Andrew C. Adams
    Assistant United States Attorneys
    (212) 637-2224

Cc:    Jeffrey Pittell, Esq.